DINSMORE, Respondent, v. GIBB et al., Appellants. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Elizabeth R. Dinsmore against John Gibb

and others. J. W. Johnson, for appellants. J. H. Judge, for respondent. No opinion. Judgment affirmed, with costs.